```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JANIE MARCAUREL, et al., individually     :
and on behalf of all others similarly     :   21cv6199 (DLC)
situated,                                 :
                                          :       ORDER
                        Plaintiffs,       :
                                          :
            -v-                           :
                                          :
USA WASTE-MANAGEMENT RESOURCES, et        :
al.,                                      :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    This case, and those consolidated with it pursuant to the September 3 Order of the Honorable Vernon Broderick, has been reassigned to me for all purposes.  It is hereby

    ORDERED that any plaintiff whose counsel seeks to be named interim class counsel shall file an application by **October 3, 2021**.  Opposition to any such application shall be filed by **October 18, 2021.**

    IT IS FURTHER ORDERED that a telephone conference to address the appointment of interim class counsel shall be held on **October 22, 2021** at **3 pm**.  The parties shall use the following dial-in credentials for the conference:

```
          Dial-in:        888-363-4749
          Access code:    4324948
```

The parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          September 15, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge