**MANDATE**

1:21-cv-06199-DLC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of April, two thousand twenty-four.

Before:     Myrna Pérez,
            *Circuit Judge.*

_____

Janie Marcaurel, et al.,

       Plaintiffs - Appellants,

v.

USA Waste-Management Resources, LLC,

       Defendant - Appellee,

_____

**ORDER**

Docket No. 22-641

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 19 2024

The parties have filed a stipulation to dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b).

The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/19/2024