UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WASTE MANAGEMENT DATA BREACH LITIGATION | Case No. 1:21-cv-06199-DLC |

### DEFENDANT USA WASTE-MANAGEMENT RESOURCES, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (12)(b)(6)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant USA Waste-Management Resources, LLC's Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant USA Waste-Management Resources, LLC will move this Court at such time and place as the Court designates, before the Honorable Denise L. Cote, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007 for an Order dismissing this action with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for any further relief that the Court may deem just and proper.

Dated: January 7, 2022

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD, LLP**

<u>/s/ Michelle A. Reed</u>
Stephanie Lindemuth
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
Email: slindemuth@akingump.com

Michelle A. Reed (*pro hac vice*)
Elizabeth D. Scott (*pro hac vice*)
Haley M. High (*pro hac vice*)
2300 North Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Fax: (214) 969-4343
Email: mreed@akingump.com
         edscott@akingump.com
         hhigh@akingump.com

*Counsel for USA Waste-Management Resources, LLC*