```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv6199 (DLC)
IN RE WASTE MANAGEMENT DATA BREACH        :
LITIGATION.                               :         ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having considered the parties' October 5, 2023 joint motion for indicative ruling and concurrently filed plaintiffs' unopposed motion for preliminary approval of class action settlement under Rule 23 of the Federal Rules of Civil Procedure, and having reviewed the settlement agreement and exhibits thereto, it is hereby

ORDERED that, if this case were remanded to the District Court, this Court would grant the motion for preliminary approval, preliminarily approve the settlement and all of its terms, and authorize the proposed settlement notice to the class members, with the revisions outlined at the October 10, 2023 conference with the parties.

Dated:   New York, New York
         October 10, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge