```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cv6199 (DLC)
IN RE WASTE MANAGEMENT DATA BREACH       :
LITIGATION.                              :        ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the October 26, 2023 Order from the United States Court of Appeals for the Second Circuit, it is hereby

ORDERED that, by November 10, 2023, the parties shall submit a revised proposed preliminary approval order and long form notice, as outlined at the October 10, 2023 conference with the parties.

Dated:   New York, New York
         October 30, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge