**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WASTE MANAGEMENT DATA BREACH LITIGATION | Case No. 1:21-CV-06199-DLC |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR**
**<u>FEE AWARD, LITIGATION COSTS AND SERVICE AWARDS</u>**

Lead Plaintiff Gabriel Fierro and Plaintiffs Janie Marcaurel, Shelby Ingram, Mark Krenzer, Mary J. Fusilier, Clifford Harris, Nolan Brodie, Miguel Montelongo, Gerald Davis, Steven Dudley, Edward Couture, Rafael Moran, and Mary Chubbuck ("Class Representatives" or "Plaintiffs") hereby move this Court to approve the requested combined attorneys' fees and expenses in the amount of $440,000, the Service Award to the Lead Plaintiff herein, Gabriel Fierro, in the amount of $2,500, and to the remaining Plaintiffs in the amount of $500 each. This Motion is made in conjunction with the Unopposed Motion for Final Approval of Class Action Settlement.

This Motion is based on the Supporting Memorandum filed herewith; the Declaration of Gayle M. Blatt; the Settlement Agreement entered into between the parties as well as the Notices issued to the Class at ECF 93-1; Plaintiff's Motion for Final Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and Firm Resume, and all other pleadings and papers on file in this action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing.

Wherefore, Plaintiffs request that this Court grant this motion and grant the motion for attorneys' fees, costs, and service awards.

Dated: January 15, 2024      **Casey Gerry Schenk Francavilla Blatt & Penfield LLP**

 s/ Gayle M. Blatt

Gayle M. Blatt (*pro hac vice*)
 *gmb@cglaw.com*
Michael Benke
 *mbenke@cglaw.com*
110 Laurel Street
San Diego, CA 92101-1486
Tel.: 619.238.1811; Fax: 619.544.9232