```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE WASTE MANAGEMENT DATA BREACH      :    21cv06199(DLC)
LITIGATION                              :
                                        :         ORDER
----------------------------------------X
```

DENISE COTE, District Judge:

The Clerk of Court having received a Claim Form in this action on January 18, 2024, it is hereby

ORDERED that the Claim Form received shall be forwarded to Plaintiffs' counsel.

Dated:    New York, New York
          January 24, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge