UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE WASTE MANAGEMENT DATA BREACH     :    21cv6199 (DLC)
LITIGATION                             :
                                       :         ORDER
-------------------------------------- X

DENISE COTE, District Judge:

    The Clerk of Court having received a Claim Form in this action on February 21, 2024, it is hereby

    ORDERED that the Claim Form received shall be forwarded to Plaintiffs' counsel.


Dated:   New York, New York
         February 26, 2024

                                            _____
                                               DENISE COTE
                                   United States District Judge