```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE WASTE MANAGEMENT DATA BREACH        :   21cv6199 (DLC)
LITIGATION                                :
                                          :        ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The Clerk of Court received a letter relating to this action, a redacted copy of which is attached, on March 8, 2024. Accordingly, it is hereby

ORDERED that the letter received shall be forwarded to Plaintiffs' counsel.

Dated:    New York, New York
          March 12, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge

Carly J Saint Sauveur

Case#47ECA72346

Dear Hon. Denise L Cot
Daniel Patrick Moynihan
United States Court House

My name is Carly J Saint Sauveur and I am a waste management employee. On January 1, 2021 someone hacked into the company computer data system and they stole my whole information including my social security, driver license, bank information, and more. This caused a Fraud on my name and now I'm paying for the fraudulent activities that occurred on January 2021. Also, this caused my credit score to drop and destroyed my whole life. It is not fair that now I'm paying for it. The Fruad made it difficult for me to buy a house last year and gave me some issues with my car loan. Now I have to put more money down to pay for my mortgage all because of this fraudulent activity. I don't wish to keep suffering from this. If there is anything you can do to remove this fraudulent activity from my credit report, please take action, thank you.

Sincerely,

Carly J Saint Sauveur