```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE WASTE MANAGEMENT DATA BREACH    :    21cv6199 (DLC)
LITIGATION                            :
                                      :           ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The Clerk of Court having received a Claim Form in this action on March 21, 2024, it is hereby

ORDERED that the Claim Form received shall be forwarded to Plaintiffs' counsel.

Dated:   New York, New York
         March 26, 2024

                                     _____
                                              DENISE COTE
                                     United States District Judge