```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE WASTE MANAGEMENT DATA BREACH    :   21cv6199 (DLC)
LITIGATION                            :
                                      :        ORDER
------------------------------------- X
```

DENISE COTE, District Judge:

The Court has received a <u>pro se</u> Complaint filed in this action on April 1, 2024. Accordingly, it is hereby

ORDERED that the Complaint received shall be forwarded to Plaintiffs' counsel.

Dated:   New York, New York
         April 1, 2024

                                                _____
                                                      DENISE COTE
                                         United States District Judge